# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of August, two thousand and fourteen.

Before:   Debra Ann Livingston,
          *Circuit Judge,*
_____

In Re: FKF 3, LLC
-------------------------------------------------------------------

FKF 3, LLC,

Debtor

Gregory Messer,

Plaintiff - Appellant,

v.

Conrad J. Roncati, Ariston Properties, L.L.C.,

Defendants - Appellees.

_____

**ORDER**
Docket No. 13-4605

Appellees' counsel moves to amend the caption.

IT IS HEREBY ORDERED that the motion is GRANTED. The Clerk is directed to amend the caption to conform with the caption set forth above.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

